# IN THE SUPREME COURT OF THE STATE OF NEVADA

WELLS FARGO BANK, N.A., AS
TRUSTEE, ON BEHALF OF THE
HARBORVIEW MORTGAGE LOAN
TRUST MORTGAGE LOAN PASS-
THROUGH CERTIFICATES, SERIES
2006-12,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE VERONICA
BARISICH, DISTRICT JUDGE,
Respondents,
and
FIDELITY NATIONAL TITLE GROUP,
INC.; FIDELITY NATIONAL TITLE
INSURANCE COMPANY; AND
FIDELITY NATIONAL TITLE AGENCY
OF NEVADA, INC.,
Real Parties in Interest.

No. 83337



FILED

JAN 14 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original petition for writ of prohibition or, in the alternative, writ of mandamus. Petitioner Wells Fargo seeks a writ of either prohibition or mandamus that would allow the underlying action, which the district court stayed, to proceed. The district court granted the stay pending a decision from the Ninth Circuit in *Wells Fargo Bank v. Fidelity National Title Insurance*, Case No. 19-17332. As the Ninth Circuit has issued that decision, Wells Fargo's petition is moot and no exceptions to the mootness doctrine appear to apply. *See Personhood Nev. v. Bristol*, 126 Nev. 599, 602,

22-01488

245 P.3d 572, 574 (2010) (discussing the exceptions to the mootness doctrine). We therefore decline to consider it. *See Univ. of Nev. v. Tarkanian*, 95 Nev. 389, 394, 594 P.2d 1159, 1162 (1979) (explaining that this court does not consider moot issues). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:    Hon. Veronica Barisich, District Judge
       Wright, Finlay & Zak, LLP/Las Vegas
       Sinclair Bruan LLP/Encino
       Early Sullivan Wright Gizer & McRae, LLP/Las Vegas
       Eighth District Court Clerk